69 A.3d 241

**Isaiah IGARTUA, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 59 EM 2013.**

Supreme Court of Pennsylvania.

June 27, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of June, 2013, the Application for Leave to File Original Process and the Petition for Writ of

Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.